**RIST LAW OFFICE, LC**
Thomas A. Rist (SBN 238090)
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
Tel: (619) 377-4660
Email: tom@sdvictimlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN ALONZO, | Case No.: 2:20-cv-02506-JAM-DB |
| | Judge: Hon. John A. Mendez |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** |
| HEAVENLY VALLEY, LP a Colorado Limited Partnership, and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff Shirin Alonzo and Defendant Heavenly Valley, LP (collectively the "Parties") by and through their undersigned counsel, hereby stipulate and request the Court to continue the deadline for the Parties to file a Joint Status Report from May 7, 2021 up through and including May 28, 2021. This is the first stipulation for an extension of time for the Parties to file a Joint Status Report. Good cause exists for the requested extension as counsel for the Parties are in the midst of depositions and traveling for other matters and thus require additional time to meet and confer regarding

1
**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**

253537201v.1

a Joint Status Report. In light of the foregoing, the Parties respectfully request a brief continuance of the deadline for the Parties to file a Joint Status Report from May 7, 2021 up through and including May 28, 2021 or to another date that the Court deems appropriate.

Dated: May 3, 2021    RIST LAW OFFICE, LC

By: /s/ Thomas A. Rist
Thomas A. Rist
Attorneys for Plaintiff,
SHIRIN ALONZO

Dated: May 3, 2021    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Gregory K. Lee
Steven R. Parminter
Gregory K. Lee
Attorneys for Defendant, HEAVENLY VALLEY, LP

2
**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**

253537201v.1

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Pursuant to the Stipulation of the Parties herein, the Court makes the following |
| 3 | order: |
| 4 | The deadline for the Parties to file a Joint Status Report, previously due on May |
| 5 | 7, 2021, is hereby CONTINUED to May 28, 2021. |
| 6 | IT IS SO ORDERED. |

DATED: May 3, 2021         /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE