# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN ALONZO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HEAVENLY VALLEY, LP a Colorado Limited Partnership, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.:　2:20-cv-02506-JAM-DB<br>Judge:　　Hon. John A. Mendez<br><br>**ORDER ON STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND CONTINUE DATES THEREIN** |

After consideration of the foregoing Stipulation and good cause appearing therefor, IT IS ORDERED THAT the dates in the Pretrial Scheduling Order are hereby amended and the following dates are set:

Discovery Cutoff is January 30, 2023

Disclosure of Experts deadline is November 17, 2022

Supplemental Disclosure deadline is December 1, 2022

Dispositive Motion filing deadline is March 12, 2023

---

ORDER STIPULATION TO AMEND INITIAL SCHEDULING

269826548v.1

Dispositive Motion Hearing date is May 9, 2023 at 1:30 p.m.

Joint Mid-Litigation Statement filing deadline is due Fourteen (14) days prior to the close of discovery

Final Pretrial Conference is set for June 16, 2023 at 10:00 a.m., and Jury/Bench Trial is set for July 17, 2023 at 9:00 a.m.

IT IS SO ORDERED

DATED: April 8, 2022        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE