Steven R. Parminter (SBN: 90115)
Gregory K. Lee (SBN: 220354)
John J. Immordino (SBN: 93874)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant, HEAVENLY VALLEY, LP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN ALONZO, | Case No.: 2:20-cv-02506-JAM-DB |
| | Judge: Hon. John A. Mendez |
| Plaintiff, | |
| v. | STIPULATION REGARDING |
| | MENTAL/EMOTIONAL INJURIES |
| HEAVENLY VALLEY, LP a | AND ORDER |
| Colorado Limited Partnership, and | |
| DOES 1-10, inclusive | |
| Defendant. | |

Plaintiff SHIRIN ALONZO and Defendant HEAVENLY VALLEY, LP by and through their respective attorneys of record, hereby stipulate as follows:

(1) That no claim is being made by Plaintiff SHIRIN ALONZO for mental and emotional distress over and above that usually associated with the physical injuries claimed in this action.

/////

/////

/////

(2) That no expert testimony regarding this usual mental and emotional distress will be presented at trial in support of the claim for damages by Plaintiff SHIRIN ALONZO.

(3) That Defendant HEAVENLY VALLEY will forego seeking an order for the mental examination of Plaintiff SHIRIN ALONZO.

(4) That subject to the Federal Rules of Evidence, Defendant will not object to Plaintiff or percipient witnesses testifying about:

    a. Plaintiff's alleged mental injuries and alleged emotional injuries, provided that no such testimony will be presented at trial to support a claim for mental and emotional distress over and above that usually associated with the physical injuries claimed in this action;

    b. That Plaintiff sought limited treatment from Dr. Mary Schiffman, allegedly as a result of injuries sustained in this case, among other alleged reasons; and

    c. That to the extent Plaintiff or any percipient witnesses provide any testimony about 4(a), that Defendant may cross-examine each regarding the other alleged reasons Plaintiff sought treatment from Dr. Mary Schiffman.

(5) That subject to the Federal Rules of Evidence the Parties will not object to the authenticity of medical records from Dr. Mary Schiffman which have

/////
/////
/////
/////
/////
/////
/////
/////
/////

1 | been produced by Plaintiff as ALONZO67-ALONZO91 reflecting mental or
2 | emotional health treatment.

3 | Dated: July ___, 2022         RIST LAW OFFICE L.C.

5 |                               By: _____
6 |                                   Thomas A. Rist
7 |                                   Attorney for Plaintiff SHIRIN ALONZO

9 | Dated: July 21, 2022          WILSON, ELSER, MOSKOWITZ,
10|                                     EDELMAN & DICKER LLP

12|                               By:_____
13|                                   Steven R. Parminter
                                      Gregory K. Lee
14|                                   John J. Immordino
                                      Attorneys for Defendant,
15|                                   HEAVENLY VALLEY, LP

# ORDER

After consideration of the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED.

Dated: July 25, 2022     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE