UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHIRIN ALONZO, | ) | Case No.: 2:20-cv-02506-JAM-DB |
| | ) | Judge: Hon. John A. Mendez |
| Plaintiff, | ) | |
| | ) | **ORDER RE: JOINT NOTICE OF RESOLUTION AND REQUEST TO VACATE DATES AND RETAIN JURISDICTION** |
| v. | ) | |
| | ) | |
| HEAVENLY VALLEY, LP a Colorado Limited Partnership, and DOES 1-10, inclusive | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After consideration of the foregoing Notice of Resolution and Request to Vacate Dates and Retain Jurisdiction, and good cause appearing therefore, the July 17, 2023 Trial and all related pre-trial dates and deadlines in the above-entitled action are hereby **VACATED**. The Court shall retain jurisdiction over this matter for 90 days to allow the Parties to complete their duties under the terms of the resolution between the Parties.

**IT IS SO ORDERED**.

Dated: March 17, 2023          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE