Thomas A. Rist (SBN 238090)
**RIST LAW OFFICE, LC**
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
(619) 377-4660
tom@sdvictimlaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN ALONZO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEAVENLY VALLEY, LP, a Colorado Limited Partnership, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-02506-JAM-DB<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Honorable John A. Mendez<br>Complaint Filed: December 17, 2020 |

　　　Plaintiff Shirin Alonzo and Defendant Heavenly Valley, LP, by and through counsel of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate:

　　　1.　　That this matter is dismissed with prejudice as to all parties and all causes of action set forth in the Complaint filed in this matter; and

　　　2.　　That all parties shall bear their own attorney's fees and costs.

///

///

| | | |
|---|---|---|
| 1 | Dated:  May 3, 2023 | RIST LAW OFFICE, LC |
| 2 | | By: /s/ Thomas A. Rist |
| 3 | | Thomas A. Rist, Attorney for Plaintiff Shirin Alonzo |
| 5 | Dated:  May 3, 2023 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 7 | | By: /s/ Gregory K. Lee (Authorized on 5/3/23) |
| 8 | | Steven R. Parminter |
| | | Gregory K. Lee |
| 9 | | Attorneys for Defendant Heavenly Valley, LP |

## ORDER

After consideration of the Stipulation of the parties and good cause appearing, the Court hereby ORDERS

1. That this case shall be and is hereby **DISMISSED** with Prejudice; and

2. All parties shall bear their own attorney's fees and costs.

Dated: May 04, 2023            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE